**FILED**

10/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0699

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0699

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

    v.                                      O R D E R

KAITLYN REBECCA HOLMES,

     Defendant and Appellant.

_____

Upon consideration of Appellant's motion for an extension of Time to file the reply brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including November 17, 2023, to file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 23 2023